UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60544-CIV-COHN/SELTZER

JORGE E. ZAPIEN,

    Plaintiff,

vs.

PFG OF MINNESOTA, INC. d/b/a
PINNACLE FINANCIAL GROUP, INC.,

    Defendant.

_____/

### ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice [DE 5]. Having reviewed the Notice, the record in this case and being otherwise advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that all claims in the above-captioned action are **DISMISSED with prejudice**. It is further

**ORDERED AND ADJUDGED** that all pending motions are **DENIED** as moot. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 3rd day of May, 2010.

_____
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record